MOORE, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.; Andrews v. Merritt Oil Co., 612 So.2d 409, 410 (Ala.1992); Robbins v. Payne, 84 So.3d 136, 140 (Ala.Civ.App.2011); Springer v. Damrich, 993 So.2d 481, 489 (Ala.Civ.App.2008); Deines v. *395 Deines, 424 So.2d 1334, 1335 (Ala.Civ.App.1983).
PITTMAN, BRYAN, and THOMAS, JJ., concur.
THOMPSON, P.J., concurs in part and dissents in part, with writing.